IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

KYLE KENNEDY,

     Plaintiff,

v.                   Case No: 16 - CA 2677

AUTO OWNERS INSURANCE COMPANY,
a Foreign corporation, and
MICHELLE BRADLEY, an
individual,

     Defendant.

_____/

**COMPLAINT**

**COUNT I**

     Plaintiff, KYLE KENNEDY, sues Defendant, AUTO OWNERS INSURANCE COMPANY, a Foreign corporation, and MICHELLE BRADLEY, an individual and alleges:

     1.   This is an action for damages that exceeds FIFTEEN THOUSAND DOLLARS AND NO CENTS ($15,000.00).

     2.   That at all times material hereto, Plaintiff, KYLE KENNEDY, was a resident of the State of Florida.

     3.   That at all times material hereto, Defendant, MICHELLE BRADLEY, was a resident of the State of Florida.

     4.   That on or about March 23, 2016, Defendant, MICHELLE BRADLEY, owned and operated a motor vehicle at or near the intersection of State Road 589 exit ramp and State Road 52 in Pasco County, Florida.

     5.   That at all times material hereto, Defendant, AUTO OWNERS

INSURANCE COMPANY, a Foreign corporation, was authorized and licensed to do business in the State of Florida, and, in fact, had agents doing business in Pasco, Florida.

6. That at that time and place, Defendant, MICHELLE BRADLEY, negligently operated or maintained the motor vehicle so that it collided with the motor vehicle being operated by Plaintiff.

7. That as a result, Plaintiff, KYLE KENNEDY, has suffered and will in the future suffer bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment that exceeds SEVENTY FIVE THOUSAND DOLLARS AND NO CENTS ($75,000.00), loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury consists in whole or in part of a significant and permanent loss of an important bodily function and a permanent injury within a reasonable degree of medical probability and a significant and permanent scarring or disfigurement.

8. Plaintiff, KYLE KENNEDY, further alleges, however, that he is not entitled to receive damages for any of the above-listed elements of loss for which no-fault (PIP) benefits have been paid or are payable.

9. However, should it be determined that any such bodily injuries are not permanent, then Plaintiff, KYLE KENNEDY, claims entitlement to all damages resulting from non-permanent injuries

sustained and which are based upon benefits therefore not payable by Personal Injury Protection (No-Fault) benefits.

10.    That Defendant, MICHELLE BRADLEY, failed to carry sufficient bodily injury insurance to compensate Plaintiff, KYLE KENNEDY, for his damages.

11.   That at all times material hereto there was in full force and effect a policy of automobile liability insurance, policy number, 49-126-994-00, containing underinsured motorist coverage, issued by Defendant, AUTO OWNERS INSURANCE COMPANY, to cover the Plaintiff for injuries and damages above-described and sustained while involved in a motor vehicle collision.  The proceeds of the policy issued by AUTO OWNERS INSURANCE COMPANY inure to the benefit of Plaintiff as an insured under said policy.  Plaintiff does not have in possession a complete and accurate copy of said policy but will attach same as an exhibit to this Complaint upon receipt through appropriate discovery.

12.  All conditions precedent have been met prior to bringing this action.

WHEREFORE the Plaintiff, KYLE KENNEDY, demands judgment for damages against the Defendant, AUTO OWNERS INSURANCE COMPANY, A FOREIGN CORPORATION, AND MICHELLE BRADLEY, AN INDIVIDUAL, costs of this action, and trial by jury.

Eric D. Roslansky, Esquire
Fla Bar No: 0042067
eroslansky@getjustice.com
nwhitfield@getjustice.com
THE RUTH LAW TEAM
P.O. Box 16847
St. Petersburg, FL  33733-6847
(727) 327-3222
Attorneys for Plaintiff

/nmw

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

KYLE KENNEDY,

    Plaintiff,

v.                   Case No: $l\ell e-CA-2677$

AUTO OWNERS INSURANCE COMPANY,
a Foreign corporation, and
MICHELLE BRADLEY, an
individual,

    Defendants. _____/

**SUMMONS**

THE STATE OF FLORIDA:

To All and Singular the Sheriffs of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of
the Complaint, Interrogatories, Request to Produce and Notice of
Designation of Email Address for Service and Request for
Designation of Email Address in this action on Defendant:

        AUTO OWNERS INSURANCE COMPANY
        c/o Florida Chief Financial Officer as RA
        Service of Process Section
        Post Office Box 6200
        Tallahassee, FL 32314-6200

    Each Defendant is required to serve written defenses to
the Complaint on:

        Eric D. Roslansky, Esquire
        Fla Bar No: 0042067
        eroslansky@getjustice.com
        Nwhitfield@getjustice.com
        THE RUTH LAW TEAM
        P.O. Box 16847
        St. Petersburg, FL 33733-6847
        (727) 327-3222
        Attorneys for Plaintiff

within 20 days after service of this Summons on that Defendant,
exclusive of the date of service, and to file the original of the

*(left margin, rotated text)* RECEIVED AS STATUTORY REGISTERED AGENT on 12 September, 2016 and served on defendant or named party on 22 September, 2016 by the Florida Department of Financial Services

-2-

defenses with the Clerk of this Court either before service on
Plaintiff's attorney or immediately thereafter.  If a Defendant
fails to do so a default will be entered against that Defendant
for the relief demanded in the Complaint.

WITNESS my hand and the seal of this Court on _____,
20_____.

AUG 2 2 2016

Paula S. O'Neil, Ph.D., Clerk & Comptroller

As Clerk of the Circuit Court

By: _____/s/ Janet Sanders_____

As Deputy Clerk

FOR PROCEEDINGS BEFORE THE COURTS OF PASCO COUNTY:

Any persons with a disability requiring reasonable accommodations
should call New Port Richey (813)847-8110; Dade City (904)521-4274,
ext. 8110; TDD 1-800-955-8771 via Florida Relay Service; no later
than seven (7) days prior to any proceeding.

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.