UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KYLE KENNEDY,**

    **Plaintiff,**

v.                                                     Case No.: 8:17-cv-1789-T-35AAS

**SOUTHERN-OWNERS INSURANCE COMPANY, a foreign corporation,**

    **Defendant.**

_____/

## ORDER

This matter is before the Court on Defendant's Motion to Compel Mandatory Initial Disclosures (Doc. 19). According to the motion, Plaintiff has not provided Defendant with his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).[1] Plaintiff has not responded to the motion and the time for doing so has expired.

Accordingly, it is **ORDERED** that Defendant's Motion to Compel Mandatory Initial Disclosures (Doc. 19) is **GRANTED**. No later than **December 15, 2017**, Plaintiff shall provide Defendant with his mandatory initial disclosures in compliance with Rule 26. Attorneys' fees and costs will not be awarded at this time. *See* Fed. R. Civ. P. 37(a)(5).

**DONE AND ORDERED** in Tampa, Florida on this 5th day of December, 2017.

---

[1] After being directed to do so, Defendant filed the "Witness and Exhibit List" provided by Plaintiff's counsel. (Doc. 22, Ex. A). The Court agrees this document does not comply with the initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure.

1

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge